IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JEMILL C. BANTUM | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| ALPHA EQUITIES GROUP and | : | NO. 18-457 |
| HOWARD G. FORD | : | |
| | : | |
| JEMILL C. BANTUM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALPHA EQUITIES GROUP LLC and | : | NO. 18-628 |
| HOWARD G. FORD | : | |

## ORDER

AND NOW, this 27th day of February, 2018, upon consideration of Ms. Bantum's motions to proceed *in forma pauperis*, her Complaint in Civil Action Number 18-457, and her "Petition for Declaratory Judgment Under Protective Order '*Special Matter of Interest to Note*'" filed in Civil Action Number 18-628, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED in both cases.

2. The Complaint in Civil Action Number 18-457, and "Petition for Declaratory Judgment Under Protective Order '*Special Matter of Interest to Note*'" filed in Civil Action Number 18-628, are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 8 and 28 U.S.C. §§ 1915(e)(2)(B)(i) & (ii) for the reasons discussed in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

GENE E.K. PRATTER, J.